IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

MICHAEL W. INGRAM           )
                            )
v.                          ) NO. 3:08-0127
                            ) JUDGE CAMPBELL
DARON HALL, et al.          )

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 23). Also before the Court is Plaintiff's letter, dated April 2, 2008, requesting to withdraw his case. Docket No. 22.

The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved. Accordingly, Plaintiff's motion to withdraw his case is granted, and Plaintiff's action is DISMISSED without prejudice.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE